# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2516
_____

KEVIN GARY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Suwannee County.
William F. Williams, Judge.

November 30, 2023

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kevin P. Steiger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.